# SAMUEL & STEIN

ATTORNEYS AT LAW

141441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

January 8, 2021

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

  **Re:**  **Gonzalez v. Samuel & Stein, et al.**
     *Case Number 20-cv-9350 (JPO)(SDA)*

Dear Magistrate Judge Aaron:

  I am one of the defendants in the above-referenced case, and I have entered an appearance as counsel for all defendants. Pursuant to the Court's Order of December 18, 2020 setting a briefing schedule relating to defendants' motion to withdraw, the Court said:

> 3. Any response from Plaintiff herself shall also be filed no later than January 8, 2021. Plaintiff may forward her response papers to either Plaintiff's counsel or Defendant's counsel, each of whom is instructed to promptly file to ECF any such response papers received.

  Today we received the attached declaration from plaintiff, Elda Gonzalez, with the request that we supply it to the Court. We therefore file it in accordance with the Court's instructions.

  We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

            Respectfully submitted,

            David Stein

Enc.

cc: John Troy, Esq. (via ECF)