UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELDA GONZALEZ,

                    Plaintiff,

            -v-

SAMUEL & STEIN, ET AL.,

                    Defendants.

20-CV-9350 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 3, 2021, Plaintiff filed a letter asking the Court to dismiss the case with prejudice.  (Dkt. No. 34.)  The Court dismisses the case, albeit without prejudice.

    The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: February 3, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge